JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY MORROW,<br><br>        Petitioner,<br>  vs.<br><br>DEBBIE ASUNCION, ACTING WARDEN,<br><br>        Respondent. | Case No. CV 15-00947-ODW (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED:   March 9, 2016

                                              OTIS D. WRIGHT, II
                                              UNITED STATES DISTRICT JUDGE